**Order entered September 19, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00702-CV

### IN RE: THE COMMITMENT OF KENNETH PAUL BARNES

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-18-1148**

## ORDER

Before the Court is appellant's September 17, 2019 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **October 24, 2019**. We caution appellant that further extension requests will be disfavored.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE